

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Coleton Chase Bizzell,               * From the 385th District Court
                                          of Ector County,
                                          Trial Court No. D-23-1553-CR.

Vs. No. 11-24-00144-CR                * July 24, 2025

The State of Texas,                    * Memorandum Opinion by Trotter, J.
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.